UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

ERIC OLIVAN,

                                                Plaintiff,

-against-

NEW YORK CITY POLICE OFFICERS MICHAEL KOBUS,
UC 331, UC 127, UC 357, UC 363, SALVATORE VIENI,
RAMON CABRAL, and WILLIAM MEYER, in their
individual and official capacities,

                                                Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

20 CV 3760 (AMD) (RLM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; ~~and~~

2.   Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Sept. 10 , 2021

| | |
|---|---|
| CYRUS JOUBIN<br>*Attorney for Plaintiff*<br>43 West 43rd St, Suite 119<br>New York, NY 10036<br><br>By: _____<br>Cyrus Joubin<br>*Attorney for Plaintiff* | GEORGIA M. PESTANA<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,<br>Vieni, Kobus, Cabral, UC 331, UC 127, UC<br>357, UC 363, and Meyer*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Jorge Marquez<br>Senior Counsel |

SO ORDERED:

_s/Ann M. Donnelly_____
HON. ANN M DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: __September 13__, 2021